**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Gene Ferguson,       ) | No. CV-05-1295-PHX-FJM |
|       Petitioner,           ) | |
|                             ) | **ORDER** |
| vs.                         ) | |
|                             ) | |
| Warden Fizer, et al.,       ) | |
|       Respondents.          ) | |

The court has before it petitioner's amended petition for writ of habeas corpus (doc. 5), respondents' answer (doc. 17), petitioner's reply (doc. 23), and the report and recommendation of the United States Magistrate Judge (doc. 24), which recommends denying the petition. Petitioner has failed to file objections, and the time filing them has expired. Therefore, we adopt the report and recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, **IT IS ORDERED DENYING** the amended petition for writ of habeas corpus (doc. 5).

DATED this 14th day of March, 2008.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge